FILED

2013 DEC 20 AM 9: 40

IN THE CIRCUIT COURT OF JOHNSON COUNTY, ARKANSAS
CIVIL DIVISION        CIRCUIT CLERK
JOHNSON COUNTY, AR

ANDREW O'QUIST                                         PLAINTIFF

V.                        CASE NO. CV-2013 -/ 9 /

PAUL MASON and B & N
CONTRACTORS, INC.                                      DEFENDANTS

## COMPLAINT

Comes the Plaintiff, by and through his attorneys, and for his cause of action against the

Defendant states:

1.      Plaintiff is a citizen and resident of Johnson County, Arkansas.

2.      Defendant Paul Mason is, on information and belief, a citizen and resident of

Haynesville, Louisiana.  Defendant B & N Contractors, Inc., on information and belief, is a

corporation organized and existing pursuant to the laws of the State of Louisiana, with its

principal place of business in Haynesville, Louisiana.  It is qualified to do business in Arkansas

and can be served in Arkansas with process issued by this Court.  The cause of action herein

complained of is for personal injuries to the Plaintiff as a result of the negligence or fault of the

defendants.  The negligent conduct occurred, as more particularly hereinafter alleged, within the

State of Arkansas.  The Court has venue of this action because Johnson County is the county of

residence and domicile of the Plaintiff.  The Court has personal jurisdiction of the defendants as

a result of conduct by the defendants in Arkansas, all as more particularly hereinafter alleged.

This Court therefore has both personal jurisdiction and subject matter jurisdiction, and venue of

the action is properly laid.

**EXHIBIT**

**1**

tabbies

3.     On or about Wednesday, August 15, 2012, at approximately 11:10 a.m., Plaintiff was operating his vehicle, a 2002 model International diesel tractor truck rig, with a trailer in tow, on US Highway 371 at or near log mile 1.387, traveling in a southerly direction on said highway near its intersection with County Road 259. The road conditions were clear, dry, the road alignment was straight.

4.     At about the same time, Paul Mason was operating a 1999 Mack diesel tractor truck rig, owned by Defendant B & N Contractors, Inc. He was operating the vehicle in a northerly direction on Highway 371. Without warning, and as a result of negligence and inattention, the vehicle operated by Defendant Mason crossed the center line, collided with the vehicle operated by the Plaintiff, causing the Plaintiff's vehicle to leave the right side of the roadway, and overturn some 386 feet after impact, sliding an additional approximately 37 feet before coming to a final rest. Defendant continued to drive off the roadway after impact, and did not bring his vehicle to a stop before traversing approximately 1200 feet from the point of impact.

5.     The collision between Plaintiff's and Defendant's vehicles was proximately caused and occasioned solely by the negligence or fault of the Defendant Mason, in the following particulars:

a.     Failure to keep his vehicle under control;

b.     Improper lane change;

c.     Excessive speed under the circumstances then and there existing;

d.     Failure to keep a proper lookout for other vehicles on the highway.

2

In addition to these violations of the common law rules of the road, Defendant violated one or more statutory requirements including failure to properly change his lane of travel before being in a position to do so safely, and excessive speed.

6.      As a result of the negligence or fault of the Defendant Mason, which caused the accident complained of herein, Plaintiff has sustained severe and excruciating personal injuries and continues to suffer from injuries received in the accident.  Specifically, Plaintiff fractured three vertebrae in his spine, and has suffered continuous problems and pains in his back, neck and shoulder areas.  Plaintiff has incurred medical expenses, travel expenses to and from various physicians, and has lost income as a result of being off work.  Prior to the accident Plaintiff was a healthy, strong and able bodied man who owned his own tractor trailer rig and was self-employed as a truck driver.  Plaintiff also operated a small farming operation, which he is no longer able to do as a result of the pain and suffering caused solely by the accident complained of herein.

7.      All of the negligence or fault of the Defendant Paul Mason is chargeable pursuant to the doctrine of respondeat superior to his employer, B & N Contractors, Inc.

8.      As a sole and proximate cause of the negligence of the Defendant Mason, attributable to Defendant B & N Carriers, Inc., the Plaintiff has suffered damages for personal injury, medical expenses, and permanent injuries all in excess of that required for federal court jurisdiction in diversity of citizenship cases.

WHEREFORE, Plaintiff prays judgment against the Defendants in an amount to be determined by the jury at the trial of this cause; Plaintiff should further be entitled to all of his costs herein laid out and expended and for all other relief to which he may be entitled.

Lonnie C. Turner, Esq.
Ark. Bar No. 71074
801 E. Commercial
Ozark, Arkansas  72949
Telephone:    (479) 667-2155
Facsimile:    (479) 667-4700

HARDIN, JESSON & TERRY, PLC
Attorneys at Law
P.O. Box 10127
Fort Smith, Arkansas 72917-0127
Telephone: (479) 452-2200
Facsimile: (479) 452-9097

By: _____
    Rex M. Terry
    Ark. Bar No. 76128

Attorneys for Plaintiff


JURY TRIAL DEMANDED

4